ORIGINAL

**LiTsouShing.rem**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-1059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TSOU SHING LI ) <br> aka TING CHEONG WONG, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00094 <br><br> PETITION TO REMIT SPECIAL ASSESSMENT FEE <br> [18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant TSOU SHING LI aka TING CHEONG WONG and in support hereof, states as follows:

1. On March 10, 2004, sentence was imposed by this Court against Defendant TSOU SHING LI aka TING CHEONG WONG. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $100.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, TSOU SHING LI aka TING CHEONG WONG, was granted asylum on June 2, 2004 and released. See Exhibit "A."

3 No valid address is available for defendant.

//

//

4. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

5. The United States Attorney has determined that in light of Defendant's unknown whereabouts, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

6. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this 30th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
        A-NUM: 076598243              LAST NAME: LI
        NATLTY: CHINA                 FIRST NAME: TSOU SHING

COMMENT 1: CENF: 5/20/04, HEARING RESET FOR 6/2/04.
           6/2/04, ASYLUM GRANTED BY THE IMMIGRATION JUDGE DURING

COMMENT 2: CENF: THE HEARING. SUBJECT RELEASED.

COMMENT 3:


COMMENT 4:



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
LAST PAGE DISPLAYED
```

EXHIBIT A

DAXLO21                    DACS CASE CLOSURE LOOK SCREEN                DATE: 02/05/2006
                                                                       TIME: 20:38:26

```
DAXLO21                    DACS CASE CLOSURE LOOK SCREEN                DATE: 02/05/2006
                                                                        TIME: 20:38:26

            A-NUM : 076598243           LAST-NAME : LI
            NATLTY: CHINA               FIRST-NAME: TSOU SHING

    DATE-DOCKET-CLEARED: 06/06/2004          DEPART-CLEARED-STAT: B

        TRANSFER-TO-DCO:                     DATE-DOCKET-TRANSFER:

        DATE-DEPARTED:                            PORT-DEPARTED:

        DEPART-COUNTRY:             FINAL-CHARGE:           EXPENSE-CODE:




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```