1   **LiTsouShing.ord**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:  472-7332
6   FAX:  472-7215

7   Attorney's for United States of America

8

9

10

**FILED**

DISTRICT COURT OF GUAM

APR - 4 2006 ap

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,           )   CRIMINAL CASE NO. 03-00094
                                        )
12              Plaintiff,              )
                                        )          **O R D E R**
13          v.                          )
                                        )   Re: United States Petition to Remit
14  TSOU SHING LI                       )       Special Assessment Fee
    aka TING CHEONG WONG,               )
15                                      )
                Defendant.              )
16  _____)

17

18          For the reasons set forth in the Plaintiff's Petition to Remit the Special Assessment Fee,

19  the Court hereby finds that reasonable efforts to collect the special assessment fee are not likely

20  to be effective.  Likewise, the Court finds that it is in the interests of justice to remit the

21  defendant's unpaid special assessment fee.  Accordingly, the Court orders that the defendant's

22  special assessment fee inclusive of any interest or penalties be remitted.

23          **SO ORDERED** this _____ day of April 2006.

24

25                                          ROGER T. BENITEZ
26                                          District Judge

27  _____

28      * The Honorable Roger T. Benitez, United States District Judge for the Southern District
    of California, sitting by designation.

ORIGINAL